UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

              -against-

                                      ORDER
                                      13 CR 490-04 (GBD)

FRED SPOELSTRA,

              Defendant.

------------------------------------------------------------x
GEORGE B. DANIELS, United States District Judge:

      A pretrial conference is scheduled for September 24, 2015 at 10:15 AM.

Dated: New York, New York
       July 23, 2015

SO ORDERED:

*[signature]*
GEORGE B. DANIELS
United States District Judge